SAN FRANCISCO, Respondent, v. DAVID CALDER-WOOD, Appellant.

No. 2631; September 16, 1881.

Remittitur—Laches in Applying for Withdrawal.—An application made ten years after the issue of a remittitur for a withdrawal of such remittitur is to be denied, unless made upon good cause shown.

APPEAL from Fourth Judicial District, San Francisco County.

J. H. Hunt for respondent.

By the COURT.—Application is made to withdraw the remittitur issued in the above-entitled case. It appears that the remittitur was issued in 1870, more than ten years ago, and no excuse is shown for the laches. This is of itself good ground for denying the application.

Motion denied.